**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


**To: Chris Daniel**                                      **February 11, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**


| 14-10-00383-CR | Ronald Eugene Tiller v The State of Texas | 1197877 |
| --- | --- | --- |
|  | State's Exhibit 1, a CD |  |


Received by: _____

Received on: _____